**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 96-7718**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ERVIN JAHUE BLEVINS,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.   James C. Turk, District Judge. (CR-90-63, CA-95-710-R)

───────────────

Submitted:  March 24, 1998                  Decided:  June 22, 1998

───────────────

Before MURNAGHAN, WILKINS, and HAMILTON, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Ervin Jahue Blevins, Appellant Pro Se.  Jennie M. Waering, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Blevins</u>, Nos. CR-90-63; CA-95-710-R (W.D. Va. Aug. 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2